## PLATAUER v. AMERICAN BONDING CO. OF BALTIMORE.

(Supreme Court, Appellate Term. February 23, 1905.)

FIDELITY INSURANCE—BOND—SIGNATURE BY EMPLOYÉ—WAIVER.

Where a fidelity bond sued on remained in plaintiff's possession at all times after delivery, and defendant had no knowledge that the employé had failed to sign, or that there was any existing breach of conditions, until after proof of loss and information given before the magistrate, such existing breach and the employé's failure to sign were not waived.

Appeal from Municipal Court, Borough of Manhattan, Seventh District.

Action by George Platauer against the American Bonding Company of Baltimore. From a judgment in favor of plaintiff, defendant appeals. Reversed.

Argued before SCOTT, GIEGERICH, and McCALL, JJ.

Lane & Trafford, for appellant.

J. J. Aronson, for respondent.

McCALL, J. Upon the decision of this court in the case of Adelberg v. U. S. Fidelity & Deposit Co., 90 N. Y. Supp. 465, this judgment must be reversed. As to the question of waiver raised by the respondent, no merit can be attached, because the bond remained in the possession of the respondent at all times, and no knowledge of the fact that the employé had failed to sign, or that there was any existing breach of the conditions, came to the appellant, in so far as this record reveals, until after the proof of loss and the information before the magistrate had been given.

Judgment reversed, and new trial ordered, with costs to the appellant to abide the event. All concur.